# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 586

5 March 2012

143085-7

MICHIGAN PROPERTIES, L.L.C.,
          Petitioner-Appellee,

v

MERIDIAN TOWNSHIP,
          Respondent-Appellant.
_____

SC: 143085
COA: 289174
Tax Tribunal: 00-334137

MICHIGAN PROPERTIES, L.L.C.,
          Petitioner-Appellee,

v

MERIDIAN TOWNSHIP,
          Respondent-Appellant.
_____

SC: 143086
COA: 289175
Tax Tribunal: 00-335067

MICHIGAN PROPERTIES, L.L.C.,
          Petitioner-Appellee,

v

MERIDIAN TOWNSHIP,
          Respondent-Appellant.
_____

SC: 143087
COA: 289176
Tax Tribunal: 00-334501

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2012

_____
Clerk